USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY,
S.A.,

                                    Plaintiff,

                    -against-

SUNNY LIGHT, INC. D/B/A SUNNY LIGHT
COMPANY and SHANGHAI QIU XIN CO.,
LTD.,

                                    Defendants.
-----------------------------------------------------------X

Case No. _____

**_EX PARTE_ ORDER FOR
PROCESS OF MARITIME
ATTACHMENT
AGAINST DEFENDANTS
SUNNY LIGHT CO. AND
SHANGHAI QIU XIN CO., LTD.**

**WHEREAS**, on February 8, 2008 Plaintiff MEDITERRANEAN SHIPPING, S.A.,

filed a Verified Complaint herein for damages amounting to US $94,449.91 and praying for

the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the

Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal

Rules and Civil Procedure; and

**WHEREAS** the Process of Maritime Attachment and Garnishment would command

that the United States Marshal or other designated process server attach any and all of the

Defendants' property within this District; and

**WHEREAS** the Court has reviewed the Verified Complaint and the Supporting

Affidavit and the conditions of Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED** that Process of Maritime Attachment and Garnishment shall issue against

all tangible or intangible property belonging to, claimed by or being held for Defendants

SUNNY LIGHT, INC. D/B/A SUNNY LIGHT COMPANY and SHANGHAI QIU XIN CO.,

LTD. by any garnishees within this District, including but not limited to, HSBC, Bank of

America, Wachovia, Citibank, Deutsche Bank & Trust Co., American Express Bank, J.P.

MICROFILMED FEB 2 7 2008 -12 00 PM

Morgan Chase, Bank of New York, UBS and/or Standard Chartered Bank in an amount up to and including US$94,449.91 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming interest in the property attached or garnisheed pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiffs shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United Stated Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or alternative electronic means to any garnishee that advises Plaintiff that it consents to such service; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service from the time of service each day through noon of the garnishee's next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

ORDERED that a copy of this Order be attached to and served with said Process of

Maritime Attachment and Garnishment.

Dated:  New York, New York
        February 26, 2008

                          SO ORDERED:

                          _____
                                  U.S.D.J.

                          *Richard M. Berman*

3