UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MEDITERRANEAN SHIPPING COMPANY, S.A.

                Case Action No.: 08cv1908 (RMB)

                Plaintiff,

  -against-

SUNNY LIGHT, INC. D/B/A SUNNY LIGHT
COMPANY and SHANGHAI QIU XIN CO., LTD     **NOTICE OF APPEARANCE**

                Defendants.

-------------------------------------------------------------------------

**COUNSEL:**

    **PLEASE TAKE NOTICE**, Michael S. Weinstock, of the firm of Wong, Wong & Associates, P.C., hereby appears in this matter for defendants Sunny Light, Inc. D/B/A Sunny Light Company. Please mark your records accordingly.

Dated: New York, New York
       March 28, 2008

                Yours, etc.,

                Wong, Wong & Associates, P.C.

                By: s/ Michael S. Weinstock
                     Michael S. Weinstock, Esq.
                     Attorneys for Defendants
                     SUNNY LIGHT, INC D/B/A
                     SUNNY LIGHT COMPANY
                     150 Broadway, Suite 1588
                     New York, NY 10038
                     (212) 566-8080

To: Olivier D. L. DuPont
    DEORCHIS & PARTNERS, LLP
   Attorneys for Plaintiffs
   61 Broadway, 26th Floor
   New York, NY 10006