UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MEDITERRANEAN SHIPPING CO., S.A.        :
                                        :
                    Plaintiff,          :
                                        :    08 Civ. 1908 (RMB)
         - against -                    :
                                        :    **ORDER**
SUNNY LIGHT, INC., et al.               :
                                        :
                    Defendants.         :
------------------------------------------------------------x



    Defendants' Motion to Vacate Attachment pursuant to Rule E(4)(f) and Rule E(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure dated April 2, 2008 [Dkt. # 6], is dismissed without prejudice because it is not in accordance with the Court's Rules. See ¶ 2.A.

**SO ORDERED**.

Dated:  New York, New York
        April 3, 2008

                                                                 _____
                                                                 Richard M. Berman, U.S.D.J.