**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY, S.A.

                            Index No. 08cv1908(RMB)

                 Plaintiff,

  -against-                           RULE 7.1 STATEMENT

SUNNY LIGHT, INC. D/B/A SUNNY LIGHT
COMPANY and SHANGHAI QIU XIN CO., LTD.,

                 Defendants.

------------------------------------------------------------------------X

Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for SUNNY LIGHT, INC. D/B/A SUNNY LIGHT COMPANY certifies that there is no parent corporation or publicly held corporation owning ten percent or more of its stock.

Dated: New York, New York
      May 5, 2008

                                      Yours, etc.,

                                      Wong, Wong & Associates, P.C.

                          By: s/ Michael S. Weinstock_____
                              Michael S. Weinstock, Esq.
                              Attorneys for Defendants
                              SWEETHOME HOUSEWARE,
                              INC. and SWEETHOME
                              IMPORTS INC.
                              150 Broadway, Suite 1588
                              New York, NY 10038
                              (212) 566-8080

To: Olivier D. L. DuPont
    DEORCHIS & PARTNERS, LLP
    Attorneys for Plaintiffs
    61 Broadway, 26th Floor
    New York, NY 10006