**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY, S.A.

                                 Case No. 08cv1908 (RMB)

                Plaintiff,

  -against-

SUNNY LIGHT, INC. D/B/A SUNNY LIGHT
COMPANY and SHANGHAI QIU XIN CO., LTD.,

                                 **STIPULATION**

                Defendants.


---------------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the respective parties herein, that Plaintiff grants the following defendant, SUNNY LIGHT, INC, an extension of time until May 16, 2008, to serve an answer for the above captioned matter.

This extension is expressly granted for the sole purpose of providing the defendant, SUNNY LIGHT, INC, additional time to answer the complaint and not otherwise move and/or seek relief.

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that this Stipulation may be signed in counterparts and facsimile signature is deemed an original for all purposes.

Dated: May 6, 2008, New York, New York


        _____//s//_____            _____//s//_____
        Michael Sean Weinstock, Esq.                   Olivier D. L. DuPoint, Esq.
        Wong, Wong & Associates, P.C.               DEORCHIS & PARTNERS, LLP
        *Attorneys for Defendant*                            *Attorneys for Plaintiff*
        *SUNNYLIGHT, INC*                                   61 Broadway, Suite 2600
        150 Broadway, Suite 1588                       New York, New York 10006
        New York, New York 10038                  Phone: (212) 344-4700
        Phone: 212-566-8080                               Fax: (212) 422-5299
        Fax:   212-566-8960