LAW OFFICES OF

# WONG, WONG & ASSOCIATES, P.C.

RAYMOND H. WONG *  
VALERIE Y. C. WONG *  
_____  

MICHAEL WEINSTOCK ‡  
ANNA GUILIANO *  
LIPING SHI ‡  
NICHOLAS YOKOS *  
JENNY ZHAO ‡  
DINGDING WAN ‡  

150 BROADWAY, SUITE 1588  
NEW YORK, NY 10038  
PHONE: (212) 566-8080  
FACSIMILE: (212) 566-8960  

NEW JERSEY OFFICE  
12 ROSZEL RD, STE A102  
PRINCETON, NJ 08540  
PHONE: (609) 520-1668  
FACSIMILE: (609) 520-1168  

\* MEMBER NY & NJ BARS  
† MEMBER NJ BAR  
‡ MEMBER NY BAR  

May 8, 2008

**Re:  MEDITERRANEAN SHIPPING COMPANY v SUNNY LIGHT**
      **Case No. 08cv1908 (RMB)**

Hon. Richard M. Berman  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St., Room 650  
New York, NY 10007  

Dear Judge Berman:

I represent a small company known as Sunny Light.  On February 26, 2008, your honor signed an *ex parte* maritime attachment against Sunny Light in the amount of $94,449.91.

I would greatly appreciate the scheduling of a conference to discuss this matter.

Thank you in advance for your time.

Sincerely,

 //s//  
Michael Sean Weinstock