USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Mediterranean Shipping Company, S.A.,

              Plaintiff(s),

      - v -

Sunny Light, Inc. d/b/a Sunny Light
Company and Shanghai Qiu Xin Co., Ltd.,

              Defendant(s).
-------------------------------------------------------X

**Case Management Plan**

08 ___ CV. 1908 _____ (RMB)

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by ___09/15/08___

(ii)    Amend the pleadings by ___09/15/08___

(iii)   All discovery to be **expeditiously** completed by ___10/06/08___

(iv)   Consent to Proceed before Magistrate Judge ___Yes___

(v)    Status of settlement discussions ___Ongoing___

Sections vi through xi will be set at conference with the Court.

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other __Magistrate Consent Needs to be executed + returned to this Court ASAP__

SO ORDERED: New York, New York
                   6/25/08

                                       RMB
                               Hon. Richard M. Berman, U.S.D.J.