UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY, SA.        ECF CASE

                Plaintiff,        CASE NO. 08cv1908(RMB)

-against-

                ORDER OF DISMISSAL AND
                FOR RELEASE OF ALL
                ATTACHMENTS AND
                GARNISHMENTS

SUNNY LIGHT, INC. D/B/A SUNNY LIGHT
COMPANY and SHANGHAI QIU XIN CO., LTD.,

                Defendants.
------------------------------------------------------------X

    WHEREAS the above captioned matter having come before the Court with the filing of a verified complaint by plaintiff on February 26, 2008; and,

    WHEREAS in response to this Court's Order dated February 26, 2008, garnishee JP MORGAN CHASE, restrained funds of defendant Sunny Light, Inc., in the amount of US$94,449.91; and,

    WHEREAS all the parties who have appeared in this action have filed a stipulation of dismissal with prejudice on June 27, 2008; it is therefore,

    ORDERED that the captioned matter is hereby dismissed with prejudice and without liability, costs or expenses to either party; and it is further,

    ORDERED that all tangible or intangible property belonging to, claimed by or being held for the defendant Sunny Light by any garnishees within this District, in furtherance of this Court's Order dated February 26, 2008, be immediately released to the Attorneys for defendant Sunny Light;

Dated: New York, New York
       July 2, 2008

                                      SO ORDERED:

                                      *Richard M. Berman*
                                      U.S.D.J.